

1

2

3

4

5

6

7

8

9   **UNITED STATES DISTRICT COURT**

10   **DISTRICT OF NEVADA**

11

GAVIN BLAINE OLSON,                    )
12          #69632                              )
                                             )
13               Plaintiff,                    )          3:10-cv-0249-RCJ-VPC
                                             )
14   vs.                                       )
                                             )          **ORDER**
15   JACK PALMER,                             )
                                             )
16               Defendant.                    )
     _____/

17

18          This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983.  On August 11,

19   2010, the court granted plaintiff leave to proceed *in forma pauperis* (docket #3).  In the same order,

20   plaintiff was directed to file an amended complaint to cure the deficiencies of the original complaint

21   (*id.*).  On August 23, 2010, plaintiff filed a motion to extend time to file an amended complaint (docket

22   #5).  For good cause shown, the court will grant plaintiff's motion.  Plaintiff has an additional forty-five

23   (45) days from the date of entry of this order in which to submit his amended complaint.

24          Also on August 23, 2010, plaintiff filed a motion for copy or return of original document

25   (docket #6).  However, one copy of the original complaint was mailed to plaintiff with the court's order

26   directing plaintiff to file an amended complaint (*see* docket #3).  Accordingly, plaintiff's motion is

1    denied.

2            **IT IS THEREFORE ORDERED** that plaintiff's motion to extend time to file an

3    amended complaint (docket #5) is **GRANTED**.  Within **forty-five (45)** days from the date of entry of

4    this order, plaintiff **SHALL FILE** an amended complaint on the form provided by this court.  Plaintiff's

5    failure to file an amended complaint in compliance with this order may result in the immediate dismissal

6    of this entire action.

7            **IT IS FURTHER ORDERED** that plaintiff's motion for copy or return of original

8    document (docket #6) is **DENIED**.

9

10   DATED this 9th day of _September_ , 2010.

11

12                                    _____
                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2