AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\***** DISTRICT OF NEVADA

GALVIN BLAINE OLSON,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:10-cv-00249-RCJ-VPC**

JACK PALMER, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE for the failure of plaintiff to comply with this court's orders of August 11 and September 9, 2010 (Docket No.'s 3 and 7).

  December 1, 2010                                **LANCE S. WILSON**
                                                                     Clerk

                                                                  /s/ Katie Lynn Ogden
                                                                      Deputy Clerk